UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD L. KYLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-668** |
| **N. BURL CAIN, WARDEN** | **SECTION "I"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Ronald L. Kyles, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Ronald L. Kyles for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of October, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE